2 A.3d 467

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Ricky L. JONES, Respondent.**

Supreme Court of Pennsylvania.

July 21, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of **July, 2010,** the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is

Whether the Superior Court erred in holding that it is *per se* reversible error to seat a discharged alternate juror after jury deliberations have begun.